1  RANDY S. GROSSMAN
   Acting United States Attorney
2  NICOLE E. BREDARIOL
   MA Bar: 696484
3  Special Assistant U.S. Attorney
   U.S. Attorney's Office
4  880 Front Street, Room 6293
   San Diego, CA 92101
5  Tel: (619) 546-8419
   Email: Nicole.Bredariol@usdoj.gov
6
7  Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20CR1761-003-JLS |
| Plaintiff, | Date: December 3, 2021 |
| v. | Time: 9:00 a.m. |
| | Honorable Janis L. Sammartino |
| ROGELIO GALLARDO (3), | |
| Defendant. | **THE UNITED STATES' SENTENCING SUMMARY CHART AND MOTION UNDER USSG § 3E1.1(b)** |

The UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, Acting United States Attorney, and Nicole E. Bredariol, Special Assistant United States Attorney, hereby files its Sentencing Summary Chart and Motion under USSG § 3E1.1(b), which is based upon the files and records of this case.

DATED: November 27, 2021

Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

*/s/ Nicole E. Bredariol*
NICOLE E. BREDARIOL
Special Assistant U.S Attorney

**SENTENCING SUMMARY CHART**  USPO ____
[ X ]  AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]  AUSA  X
Sentencing Date: December 3, 2021, 9:00 a.m.  DEF ____

Defendant's Name: Rogelio Gallardo  Docket No.: 20CR1761-003-JLS

Attorney's Name: Nicole E. Bredariol  Phone No.: 619-546-8419

Guideline Manual Used: November 1, 2018  Agree with USPO Calc.: N

Base offense Levels: (Drug Quantity if Applicable):  38
703 kg of cocaine [USSG § 2D1.1 (c)(1)]

Reckless Endangerment During Flight [USSG § 2C1.2]  +2

Safety Valve [USSG § 2D1.1(b)(17) and 5C1.2]  -2
Victim Related Adjustment:
Adjustment for Role in the Offense:
Adjustment for Obstruction of Justice:
Adjustment for Reckless Endangerment During Flight:

Adjusted Offense Level:  38
____ Combined (Mult. Counts)  ____ Career Off.  ____ Armed Career Crim.

Adjustment for Acceptance of Responsibility: [Gov. Motion  X  USSG § 3E1.1 ]  -3

Total Offense Level:  35

Criminal History Score:  0

Criminal History Category:  I
____ Career Offender  ____ Armed Career Criminal

Guideline Range:  from  168  mths
(Range limited by: ____ minimum mand. ____ statutory maximum)  to  210  mths

Departures:

Resulting Guideline Range: Adjusted Offense Level  35   from  168  mths
  to  210  mths

**GOV. REC.**: 96 months' custody; 5 years' supervised release

*The United States has considered the factors set forth under 18 U.S.C. § 3553(a) and believes a variance from the Guidelines range is warranted given that defendant expeditiously resolved the case and this is his first known criminal conviction. Specifically, defendant saved the government significant resources by pleading guilty at the first opportunity, foregoing any substantive pre-trial motions, and waiving appeal.